**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**MICHAEL C. MANOSH,**

             **Plaintiff,**

     v.                                           6:11-cv-0482
                                                      (NAM/GHL)

**HIGHLAND COURTS OFF.,**

             **Defendant.**
_____

**APPEARANCES:**

Michael C. Manosh
Plaintiff *pro se*


**NORMAN A. MORDUE, CHIEF U. S. DISTRICT JUDGE**

## ORDER

      The above matter comes to me following a Report-Recommendation by Magistrate Judge George H. Lowe, duly filed on the 21st day of October 2011.  Following fourteen days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

      After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

      ORDERED that:

      1. The Report-Recommendation is hereby adopted in its entirety.

      2. The Plaintiff's complaint is dismissed for failure to file a completed *in forma pauperis* application or pay the filing fee.

      3. The Clerk of this Court shall serve this Order by certified mail to plaintiff at his last

known address, and serve a copy upon the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: November 15, 2011
       Syracuse, New York

_____
Norman A. Mordue
Chief United States District Court Judge